UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | 3:08-cv-00537-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| E. K. McDANIEL, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Objection to Magistrate's Order (#18) Pursuant to FRCP 72(a) and Motion to Revoke (#21[1]) and Defendants' Response to Plaintiff's Objections to Magistrate Judge's Order Setting an Early Mediation Conference (#26).  The court will treat Plaintiff's objection (#21) as a motion to reconsider the Magistrate Judge's Order #18.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#18) will, therefore, be sustained and Plaintiff's motion (#21) is denied.

Also before the court is Defendants' Motion for Enlargement of Time to file Opposition (#19)  to Plaintiff's Motion for Reconsideration (#16) until after the Early Mediation Conference scheduled for September 22, 2009.  Plaintiff has filed his Opposition to Defendants Motion for Enlargement of Time (#22).  Good cause appearing,

---

[1]Refers to this court's docket number.

1  Defendants' motion for enlargement of time (#19) is granted. Defendants shall have to
2  and including Wednesday, September 30, 2009, to file and serve their opposition to Plaintiff's
3  Motion for Reconsideration (#16).
4  IT IS SO ORDERED.
5  DATED this 2nd day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE